COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Mark Trimble v. Federal National Mortgage Association

Appellate case number:   01-18-00911-CV

Trial court case number:  CV-0081892

Trial court:                    County Court at Law No. 3 of Galveston County

      Appellant Mark Trimble's motion for en banc reconsideration is **denied**.


Justice's signature:  /s/ Gordon Goodman
                         Acting for the Court

En banc court consists of: Chief Justice Radack, and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss.


Date:  October 31, 2019